UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

North Suburban Chiropractic Clinic, Ltd.
                                            Plaintiff,

v.                                          Case No.: 1:13−cv−03105
                                            Honorable John F. Grady

Zydus Pharmaceuticals (USA) Inc.
                                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 24, 2014:

    MINUTE entry before the Honorable John F. Grady: Motion hearing held. The plaintiff's unopposed motion for leave to file a brief in excess of fifteen pages [44] is granted. The plaintiff's motions for final approval of class action settlement [46] and for attorneys' fees, costs, and an incentive award [47] are taken under advisement. As discussed in open court, plaintiff is given leave to file by July 30, 2014 a memorandum regarding the issue of consent as an obstacle to class certification. The memorandum shall also inform the court about how many TCPA cases this particular plaintiff (and any of its affiliated entities) has filed. Furthermore, at the July 23, 2014 hearing, the court was unaware that the plaintiffs' motion for attorneys' fees, costs, and an incentive award does not attach a copy of plaintiff's counsel's detailed billing records (instead, a two−page summary is provided as Exhibit R to Mr. Siprut's Affidavit). Plaintiff is therefore requested to file by noon on July 31, 2014 a copy of its detailed billing records, verified by attorney Joseph Siprut. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.