UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

North Suburban Chiropractic Clinic, Ltd.
                                    Plaintiff,

v.                                  Case No.: 1:13−cv−03105
                                    Honorable Sara L. Ellis

Zydus Pharmaceuticals (USA) Inc.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 17, 2014:

    MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 12/17/2014. Parties appear on motion for final approval of settlement [46];[47]. Parties to file a revised motion for final approval by 12/31/2014. Status hearing set for 2/12/2015 at 1:30 PM for ruling. PLEASE NOTE: The ruling date is different from the date set in open court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.