**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Case No. 13-cv-3105 |
| *In re Zydus Unsolicited Fax Litigation* | ) | |
| | ) | Hon. Sara L. Ellis |
| | ) | |

**NOTICE OF MOTION**

TO:    See the attached service list

      PLEASE TAKE NOTICE that on January 28, 2015 at 9:30 a.m., the undersigned shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in her stead in Courtroom 1403 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and present the attached **Plaintiff's Unopposed Motion For An Extension To File Papers Regarding A *New* Class Action Settlement.**

Dated: January 14, 2015

                                       Respectfully submitted,

                                       ADVANCED ARLINGTON SPORTS
                                       MEDICINE CENTER, individually and on
                                       behalf of all others similarly situated

                                    By:   */s/ Joseph J. Siprut*
                                       One of the Attorneys for Plaintiff
                                     And the Settlement Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.241.1260

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed this 14th day of January, 2015, via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.


       */s/ Joseph J. Siprut*
       Joseph J. Siprut

4849-5555-6385, v. 1