UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

North Suburban Chiropractic Clinic, Ltd.

                                                Plaintiff,

v.                                                         Case No.: 1:13−cv−03105
                                                                 Honorable Sara L. Ellis

Zydus Pharmaceuticals (USA) Inc., et al.

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 12, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 3/12/2015. Parties are directed to meet in person to discuss whether clients are interested in settlement through private mediator or Magistrate Judge Mason. Status hearing set for 4/2/2015 at 1:30 PM for preliminary approval. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.