# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

North Suburban Chiropractic Clinic, Ltd.

                                  Plaintiff,

v.                                                 Case No.: 1:13−cv−03105
                                                      Honorable Sara L. Ellis

Zydus Pharmaceuticals (USA) Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 3, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Joint motion to amend order granting final approval of class action settlement [91] is granted. Enter Order and Judgment Amending the Final Approval Order. See separate order for details. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.